UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------X
: 
IN RE:                                : CASE NO.: 19-24308
                                      : CHAPTER: 11
Divine Empowerment Zone               :
                                      : **NOTICE OF APPEARANCE**
Debtor                                :
                                      : HON. JUDGE.:
                                      : ANDREW B. ALTENBURG JR.
                                      :
                                      :
                                      :
                                      :
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 11 case on behalf of Selene Finance LP, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

>  FRIEDMAN VARTOLO, LLP
>  Attorneys for Selene Finance LP
>  85 Broad Street, Suite 501
>  New York, New York 10004
>  bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the

reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: August 1, 2019
      New York, New York

                                  By: /s/ Jonathan Schwalb, Esq.
                                  Jonathan Schwalb, Esq.
                                  FRIEDMAN VARTOLO, LLP
                                  Attorneys for Selene Finance LP
                                  85 Broad Street, Suite 501
                                  New York, New York 10004
                                  T: (212) 471-5100
                                  F: (212) 471-5150

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>Attorneys for Selene Finance LP | Case No.: 19-24308<br><br>Chapter: 11 |
| In Re:<br><br>Divine Empowerment Zone | Adv. No.:<br><br>Hearing Date:<br><br>Hon. Judge: Andrew B. Altenburg Jr. |

## CERTIFICATION OF SERVICE

1. I, Theodore Weber :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for Jonathan Schwalb, Esq., who represents Selene Finance LP in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On August 1, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Notice of Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 1, 2019

/s/ Theodore Weber
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Divine Empowerment Zone<br>408 Copley Road<br>Haddonfield, NJ 08033 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>     (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>     (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>     (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>     (as authorized by the court *) |

2