

Order Filed on August 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Divine Empowerment Zone

Case No.: _____19-24308_____

Chapter: _____11_____

Hearing Date: _____

Judge: _____Altenburg_____

## ORDER VACATING

_____Order Confirming Automatic Stay is not in Effect_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 12, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

## Order Confirming Automatic Stay is not in Effect

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____August 9, 2019_____, be and the same is hereby vacated.

*revised 2/25/14*